674 A.2d 1049

### In the Matter of Charles S. MORROW.

### No. 753, Disciplinary Docket No. 2—Supreme Court. No. 132 DB 88 Disciplinary Board.

Supreme Court of Pennsylvania.

April 17, 1996.

## PETITION FOR REINSTATEMENT

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of April, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 19, 1996, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.